```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 61805
    SHARON HAYWARD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1157

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/14/2006 and was confirmed 06/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
JOSEPH BALDI & ASSOCIATE  ADMINISTRATIV      938.00              .00         938.00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00              .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00              .00            .00
COOK COUNTY TREASURER     SECURED               .00              .00            .00
CHARTER ONE               UNSEC W/INTER NOT FILED                .00            .00
CITY OF CHICAGO DEPT OF   UNSEC W/INTER      220.00              .00            .00
COLLECTECH SYSTEMS        UNSEC W/INTER NOT FILED                .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED                .00            .00
FEINGOLD & LEVY           UNSEC W/INTER NOT FILED                .00            .00
H&F LAW                   UNSEC W/INTER NOT FILED                .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      699.28              .00            .00
ILLINOIS DEPT OF HUMAN S  UNSEC W/INTER     1650.98              .00            .00
JAMES ORRINGTON DDS       UNSEC W/INTER NOT FILED                .00            .00
LEADING EDGE RECOVERY SO  UNSEC W/INTER NOT FILED                .00            .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER NOT FILED                .00            .00
NATIONCOLL                UNSEC W/INTER NOT FILED                .00            .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER NOT FILED                .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     2054.71              .00            .00
STAR                      UNSEC W/INTER NOT FILED                .00            .00
HEARST GROUP              UNSEC W/INTER NOT FILED                .00            .00
JEWEL                     UNSEC W/INTER       78.62              .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,845.20                           621.30
TOM VAUGHN                TRUSTEE                                             90.70
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,650.00

PRIORITY                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 61805 SHARON HAYWARD
```

```
SECURED                                                          .00
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,559.30
TRUSTEE COMPENSATION                                           90.70
DEBTOR REFUND                                                    .00
                              ----------------     ----------------
TOTALS                                1,650.00             1,650.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 61805 SHARON HAYWARD